

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-13-00039-CR

Trial Court Cause
Number:     1322485

Style:     Peter John Schuster

**v** The State of Texas

Date motion filed:     December 17, 2013

Type of motion:     Motion to Supplement

Party filing motion:     Appellant

Document to be filed:     None

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☒ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Harvey Brown
        ☒ Acting individually     ☐ Acting for the Court

Panel consists of     Justices Jennings, Sharp, and Brown

Date: December 19, 2013